IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

FINANCIAL STRATEGY GROUP, PLC,

    Plaintiff,

v.                                                                No. 14-cv-02154-SHM-cgc

CONTINENTAL CASUALTY COMPANY,

    Defendant.

---

## NOTICE OF APPEAL

---

Notice is hereby given that Financial Strategy Group, PLC, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Judgment ordered in this action (D.E. 27), and from the Order granting Defendant's motion to dismiss and denying Plaintiff's motion for partial summary judgment (D.E. 26), both entered on September 23, 2014.

                                                       Respectfully submitted,

                                                       GLANKLER BROWN, PLLC

                                                       /s/ Charles W. Hill
                                                       Charles W. Hill, #5452
                                                       Meghan K. McMahon, #33028
                                                       6000 Poplar Avenue, Suite 400
                                                       Memphis, Tennessee  38119
                                                       Phone: (901) 525.1322
                                                       Fax:    (901) 525.2389
                                                       Email: chill@glankler.com
                                                                     mmcmahon@glankler.com

                                                       *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served via the Court's ECF System this 22nd day of October, 2014, upon:

    Richard A. Simpson, *pro hac vice*
    Mary E. Borja, *pro hac vice*
    WILEY REIN LLP
    1776 K Street, N.W.
    Washington, D.C. 20006
    Telephone: (202) 719-7000
    Facsimile: (202) 719-7049
    Email: rsimpson@wileyrein.com
          mborja@wileyrein.com

    Richard Glassman, #7815
    William Terrell, #32478
    GLASSMAN WYATT TUTTLE & COX P.C
    26 N. Second St.
    Memphis, TN 38103
    Telephone: (901) 527-2111
    Facsimile: (901) 521-0940
    Email: rglassman@gewwlaw.com
          wterrell@gewwlaw.com

                                          /s/ Charles W. Hill

4834-3868-2399, v. 1